# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00870-CV

**Centex Freight Lines, LLC, Appellant**

**v.**

**Prudence Adams, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. D-1-GN-09-001629, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Centex Freight Lines, LLC, has filed a motion to dismiss its appeal. In the motion, Centex states that it "wishes to nonsuit this appeal" and asks the Court to "please remove this case from the Court's docket and dismiss this appeal." Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed: March 31, 2011